John W. BESHERSE and Kieth E. List, Appellants, v. Colonel Alexander M. WEYAND, Commanding Officer, Northwestern Branch, United States Disciplinary Barracks, at Fort Missoula, Montana, Appellee.

No. 11326.

Circuit Court of Appeals, Ninth Circuit.

May 17, 1946.

John Phil Rowe, of Missoula, Mont., for appellants.

John B. Tansil, U. S. Atty., and Merle C. Groene, Asst. U. S. Atty., both of Billings, Mont., for appellee.

Before GARRECHT, BONE, and ORR, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of Mr. John B. Tansil, United States Attorney, counsel for appellee, and it appearing from the files in this cause that Mr. John Phil Rowe, counsel for appellants, consents to a dismissal of the appeal herein, and good cause therefor appearing, it is ordered that the appeal in this cause, 63 F. Supp. 997, be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

James E. COLLINS, Appellant, v. Van WHITE and Doris White, Partners Doing Business as Van White Pontiac Company.

No. 13362.

Circuit Court of Appeals, Eighth Circuit.

May 15, 1946.

Brooks Bradley, of Little Rock, Ark., for appellant.

Barber, Henry & Thurman, of Little Rock, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed with prejudice, without taxation of costs in this Court in favor of either of the parties, on motion of appellant and consent of appellees.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. A. B. INNIS, Respondent.

SAME v. Jean B. INNIS, Respondent.

Nos. 11328, 11329.

Circuit Court of Appeals, Ninth Circuit.

May 28, 1946.

Sewall Key, Acting Asst. Atty. Gen., for petitioner.

Arthur H. Kent and Valentine Brookes, both of San Francisco, Cal., for respondents.

Before DENMAN, BONE, and ORR, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the petition to review in each of above causes be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in each of above causes issue forthwith.